CPH

FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 29 AM 9:44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

'07 MJ 25 19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Magistrate Case No. |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| **Marco Antonio GOMEZ-Diaz** | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Alien(s) Without Presentation (Felony) |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

That on or about **October 25, 2007**, within the Southern District of California, defendant **Marco Antonio GOMEZ-Diaz**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Teresa SANTIAGO-Saavedra, Teresa NUNEZ-Hernandez, and Edilia SALAZAR-Najera,** have not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Mario Avila, U.S. Customs & Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF **October, 2007.**

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Customs and Border Protection Officer Nicolas Gonzales, declare under penalty of perjury the following to be true and correct:

The complainant states that **Teresa SANTIAGO-Saavedra, Teresa NUNEZ-Hernandez, and Edilia SALAZAR-Najera** are citizens of Mexico; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On **October 25, 2007** at approximately **11:30 AM**, while conducting pre-primary roving operations at the San Ysidro Port of Entry, a Customs and Border Protection (CBP) Officer made contact with **Marco Antonio GOMEZ-Diaz (Defendant)**, the driver of a 2001 Dodge Stratus. The CBP Officer obtained two negative customs declarations from Defendant. Defendant identified himself with a counterfeit California driver's license bearing his picture and the name Ernest Lablanc Otto. Defendant stated to the CBP Officer that he had owned the vehicle for approximately two years. The CBP Officer noticed Defendant was not familiar with the vehicle and upon inspection of the trunk, the CBP Officer discovered an unknown number of persons concealed within. The vehicle and its occupants were escorted to the secondary lot for further inspection. While being escorted, Defendant made unsolicited statements to the CBP Officer; Defendant stated that while in Mexico an unknown man gave him $100.00 to drive the vehicle into the United States. Defendant also stated the unknown man also gave him a cell phone so that he could notify him once he was in the U.S.

In secondary, CBP Officers removed three female individuals from the trunk of the vehicle. The females are now identified as **Teresa SANTIAGO-Saavedra (MW1), Teresa NUNEZ-Hernandez (MW2), and Edilia SALAZAR-Najera (MW3)** who were determined to be citizens of Mexico with no entitlements to enter or reside in the United States. All parties were referred to the San Ysidro Prosecutions Unit for further processing.

During separate videotaped interviews, all three Material Witnesses stated they are citizens of Mexico with no documents to lawfully enter or reside in the United States. MW1 and MW2 stated they made arrangements with unknown subjects to be smuggled into the United States. MW3 stated her husband made the smuggling arrangements with an unknown person. Material Witnesses stated they were going to pay amounts ranging from $2600.00 USD to $4000.00 USD to be smuggled into the United States. Material Witnesses stated they intended to travel to Los Angeles and Santa Ana, California to reunite with family and seek employment.

Executed at 10:00 PM on October 25, 2007.

[signature]
Nicolas Gonzales Jr. CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe the defendant(s) named in the Probable Cause Statement committed the offense on **October 25, 2007** in violation of Title **8** United States Code, Section(s) **1324**.

[signature]
United States Magistrate Judge

Date/Time 10/26/07 at 9:10am