UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 15 A 3:53

UNITED STATES OF AMERICA,
Plaintiff

vs.

Marco Antonio Gomez-Diaz
Defendant(s)

CRIMINAL NO. 07 Mj 2519

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Edilia Salazar-Najera

DATED: 11/15/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082