UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 15 A 9:52

UNITED STATES OF AMERICA, Plaintiff

vs.

Marco Antonio Gomez-Diaz
Defendant(s)

CRIMINAL NO. 07mj2519

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Teresa Santiago-Saavedra

DATED: 11/15/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95